**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LINDA S. CHRISTIAN**                                                                                      **PLAINTIFF**

**v.**                                 **CASE NO: 3:12CV00247 BSM**

**MARMON CORPORATION and**
**L.A. DARLING COMPANY, LLC**                                                      **DEFENDANTS**

<u>**ORDER OF DISMISSAL**</u>

Upon the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil

Procedure 41 [Doc. No. 18], this case is dismissed with prejudice.  Each party shall bear its

own costs and attorneys' fees.

IT IS SO ORDERED this 9th day of July 2013.


_____
UNITED STATES DISTRICT JUDGE